UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | :    Case No.: 25-cr-00050 (SLS) |
| | : |
| **CHRISTOPHER YOUNG,** | : |
| | : |
| **Defendant.** | |

### NOTICE OF APPEARANCE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Tezira Abe has assumed responsibility for the defense of the defendant. Please send copies of all notices and inquiries to the attorneys listed below.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
TEZIRA ABE
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
tezira_abe@fd.org